**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark James TORMEY, a.k.a. Michael**
**Tormey, Defendant–Appellant.**

**No. 10–11381**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 20, 2010.

Janice Le Clainche, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Bruce Edward Reinhart, Attorney at Law, West Palm Beach, FL, for Defendant–Appellant.

Mark James Tormey, Miami, FL, pro se.

Before BARKETT, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Bruce E. Reinhart, appointed counsel for Mark James Tormey, has filed a motion to withdrawal from further representing the appellant, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals *no arguable issues of merit,* counsel's motion to withdraw is **GRANTED,** and Tormey's conviction and sentence are **AFFIRMED.**